Motion Granted; Petition for
Writ of Mandamus Dismissed and Memorandum Opinion filed June 14, 2011.

 

            

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00296-CV

____________

 

IN RE UNDERWRITERS AT LLOYD’S LONDON, Relator

 

 

 



ORIGINAL PROCEEDING

WRIT OF MANDAMUS

129th District Court

Harris County, Texas

Trial Court No. 2010-42044

 

 

 



M E M O R
A N D U M   O P I N I O N

            On April 4, 2011, Relator filed a petition for writ of
mandamus in this Court.  See Tex. Gov’t Code Ann §22.221 (Vernon 2004); see
also Tex. R. App. P. 52.1.  On May 25, 2011, relator filed a motion to
dismiss the petition appeal because the parties have settled all matters in
controversy.  The motion is granted.

            Accordingly, the petition for writ of mandamus is ordered
dismissed.








                                                            PER
CURIAM

Panel
consists of Justices Anderson, Brown, and Christopher.